IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CHARLES LEE BOOTHE | § | |
| VS. | § | CIVIL ACTION NO. 6:13CV190 |
| SHERIFF JAMES CAMPBELL, ET AL. | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)-(B).

All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 4th day of March, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**